Your Name: Michael Landon Luckert

Your Address: 391 ELLIS STREET

Phone Number: Not at this time

Email Address: michaelluckert1@gmail.com

Pro Se Plaintiff

FILED

MAR 26 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Michael Landon Luckert

Plaintiff,

v.

Wells Fargo Bank, Angela Gora

Defendant.

Case Number [leave blank] CV25 2842 SK

COMPLAINT / ONGOING

DEMAND FOR JURY TRIAL

Yes ☐    No ☒

## I.    PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Michael Landon Luckert

Address: 391 ELLIS STREET, San Francisco, CA 94102

Telephone: Do Not have one at this time

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: Wells Fargo Bank

Address: 34988 Newark Blvd, Newark, CA 94560

Telephone: 510-792-3301

Defendant 2:

COMPLAINT                    PAGE 1 OF 8                    JDC TEMPLATE, UPDATED 11/2024

Name: Angela Gora

Address: 333 W Broadmoor Blvd, San Leandro, CA 94577

Telephone: (209) 462-6716    cell: 510 407-1406

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved? 25 U.S code § 2206 · Descent and distribution/F.R.C.P Rule 71.1 condemning Real OR Personal Property

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☒ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

COMPLAINT                          PAGE 2 OF 8                          JDC TEMPLATE, UPDATED 11/2024

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in __Alameda__ County, it should be assigned to the __Oakland__ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

I was taking care of my Blood Mother (Darlene Luckert). Then this person Angela Gora comes to San Leandro General Hospital were my Mother was taken. Because My Mother was struggling with Dementia /Alheimerz . Well the next thing I find out is that my Mothers Phone got cut off, I tried to call Angela Gora about my Mother's Safty and Well being. And to go visit her wherever Angela Gora had taken her. But Angela Gora would not let me. So a couple of months goes by and My Blood Mother Darlene Luckert house gets Sold. A house Worth $1,800,000 at 36799 Burdick

Street. Newark, CA 94560, with the funds going to Luckert Estate. At least that is what Angela Gora had told Me. A couple of months down the road. I get a Copy of My Blood Mother (Death Certificate) over My Cell Phone from my Blood Daughter Sabrina Markel Hewes - Luckert. So Now I try and Call Angela Gora to get the information of where my Blood mother was Buried or Cremated and what Lawyer I need to talk tobto get My (inheretance). But I could never get a hold of her after that. And no Lawyer ever talked to me about a Luckert Estate, OR did I ever get anything in the mail about my (inheretance). I do not have a Official Paper document of my mother (Darlene Doris Lavonne Luckert) Death Certificate. But every time I go into (Wells Fargo Bank) they tell me that they need a official Death Certificate to get any info out of (Wells Fargo Bank). I, Michael Luckert have been having a hard time trying to get my mother (Darlene Luckert) Death Certificate or cremation Certificate.

(Wells Fargo Bank) is where my Mother Darlene Luckert has a lot of her finances and did a lot of her Finacial Transactions through. And on Darlene Luckert Portfolio and Bank Statement Transactions it should show the money that came out of Darlene Luckert account and what Reality Company Darlene Luckert house was sold under. So we can trace where the Money went.

ML
~~Copy this page and insert it where you need additional space.~~ ML

My mother (Darlene Luckert) also has a Safety Deposit Box, Boxes and money invested in the Stock Market. at (Wells Fargo Bank). Which should show up on her Portfolio. I do not Know if my Mother put any accounts in my name at Wells Fargo Bank before she died or what happened to the money/Finances of my mother (Darlene Luckert). So here I, Michael Luckert, am trying to get my inheritence from the sales of the house at 36799 Burdick. St. Newark California, 94560 and find my Mother Darlene Luckert Finances so it can be past on to Darlene Luckert Blood son Michael Luckert.

## VI.    CLAIMS

### First Claim

Name the law or right violated: 26 CFR § 1.856-10 AND F.R.C.P 71.1 (A) (ii). Real or Personal property for the taking.

Name the defendants who violated it: Wells Fargo Bank AND Whoever sold the property. OR is taking Finances.

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The law states in F.R.C.P. 71.1 (a) Applicability of other rules. These rules govern proceedings to condemn real and personal property by eminent domain. except as this rule provides otherwise. (1). Wells Fargo Bank helped in the selling of my Blood Mothers house at 36799 Burdick. st. Newark, CA 94560. AND They have Finances of my Blood Mother (DARLENE Luckert) that is Dead. AND the taking of property and Finances that should be going to Darlene Luckert Son Michael Luckert. The only Blood son Darlene Luckert has.

(2) I was harmed because I was smuted up and Made to Look like a criminal. And I did not get any Notification in the Mail about my moms death. And what to do, Who to contact Lawyers, Attorneys, title company. So I, Michael Luckert, did not get his inhieretence. AND I was harmed by

(3) The Law states in 25. USC 2206: Descent and distribution. (3a). The defendant has not contacted me about the Descent and distribution after death.

_____First_____ Claim

Name the law or right violated:

F.R.C.P 71.1 (A) (ii) Real or Personal Property For the taking

Name the defendants who violated it:

Angela Gora

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

(1). The law states in F.R.C.P. 71.1 (a) Applicability of other rules. These rules govern proceedings to condemn real and personal property by eminent domain. Except as this rule provides otherwise.

(1). Angela Gora helped in taking my Mother Darlene Luckert Finances and House at 36799 Burdick street. Newark, CA 94560.

(2). I was harmed because I was smuted up on the internet and made to look like a criminal so I could not take care of my mother while she was alive and Angela Gora helped in taking my mom's property/Finances that should oF gone to Darlene Luckert Blood son Michael Luckert For his Inhieretence. AND I was harmed by

(3). The Law states in 25 USC 2206: Descent and distribution. (3a). The defendant has not contacted me about the Descent and distribution after death. AND taking land and or Finances oF Darlene Luckert while my mom, Darlene Luckert, had Alheimers/ Dementia which should be past on to me, michael Luckert

COMPLAINT       PAGE 7 OF 8       JDC TEMPLATE, UPDATED 11/2024

## VII.   DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

(1). I, Michael Luckert, want the court to Have The Defendants (1.a), Give Back the house at 36799 Burdick. st, Newark, cA 94560 to (Darlene Luckert) Blood son (Michael Luckert). (1.b) OR, the Proceeds/Money that the house sold for. And The money for rent that could of been made from the time of my mothers Death,

(2). For the defendant's to give back the Money my mom Darlene Luckert has/had in her Bank accounts, Finances, Stock Market, Stock Market share's in Business.

## VIII.   DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 3-26-2025   Sign Name: Michael Luckert

Print Name: Michael Luckert.