Michael L Luckert  /CASE NO. 25-02842-AMO is ONGOING

e-mail: 10.000.watts.1.Kilowatts

@gmail.com

ADDRESS: 391 ELLIS STREET

San Francisco, CA 94102

Phone: 1-628-300-7261

Plaintiff in pro per

FILED
SEP 23 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| Michael L Luckert | CASE NO: 25-02842-AMO |
|---|---|
| Plaintiff, | F.R.C.P. Rule: 15(a)(2), 15(C)(1) |
| vs. | First Amended Complaint |
| Wells Fargo Bank, | FOR: Motion For Leave |
| Northern Trust | To Amend pleading. AND |
| CORPORATION, | Plaintiff also seeks to |
| Defendant's. | Amend to Complaint to |
| | (1) add as a defendant: |
| | Northern Trust |
| | CORPORATION FOR ESTATE |
| | Planning/A Subsidary of |
| | Wells Fargo Bank. |

I, Michael Luckert, Alleging that the Defendant's owe the Plaintiff a sum of money/Finances, stocks, Gold Bonds, Real Estate Property.

### I. JURISDICTION

1. This Court has jurisdiction under Federal question

FIRST AMENDED COMPLAINT  25-02842-AMO
[TITLE/CASE NO.]

jurisdiction, because the authority of a Federal court to hear a civil case when the cause of action arises from the U.S. Constitution, federal laws, or treaties,

## II. PLAINTIFF'S IN THIS LAWSUIT

plaintiff: Michael Landon Luckert

Address: 391 ELLIS STREET, San Francisco, CA, 94102.

Phone: 1-628-300-7261

E-mail: 10.000.watts.1.kilowatts@gmail.com

County: San Francisco

## II.(A) DEFENDANT'S IN THIS LAWSUIT

(1). Defendant: Wells Fargo Bank.

ADDRESS: 34988 Newark. BLvd, Newark, Ca 94560

Phone: 510-792-3301

E-mail: UNKNOWN

County: ALAMEDA COUNTY

(1)(a). Defendant is a organization or Business.

(1)(b). I, Michael Luckert, am suing in OFFicial capacity. Until the need arise. For Individual capacity.

(2). Defendant: Northern Trust Corporation.

ADDRESS: 50 South La Salle Street, Chicago, IL 60603.

Phone: 1-800-388-5316

E-mail: unknown

County: Cook County

(2)(a). Defendant is a Corporation or Business.

(2)(b). I, Michael Luckert, am suing in official capacity. Until the need arise. For Individual capacity.

[TITLE/CASE NO.] 1st Amended Complaint / 25-02842-AMO

JDC TEMPLATE, UPDATED 11/2024

III. UNITED STATES CONSTITUTION, FEDERAL LAWS, OR TREATIES TO SUPPORT MICHAEL LUCKERT CLAIM ON WHICH RELIEF MAY BE GRANTED

Attatchment (A), United States Constitution of the 14th Amendments, (Highlighted) : Due Process clause, Page 1

A Due Process clause is found in both the fifth and fourteen Amendments to the United States Constitution, which prohibit the deprivation of "life, liberty, or property" by the federal and State governments, respectively, without due process of law.

The U.S. Supreme Court interprets these clause to guarantee a variety of protections: procedural due process (in civil and criminal proceedings); substantive due process (a guarantee of some fundamental rights); a prohibition against vague laws; incorporation of the Bill of Rights to state governments; and equal protection under the laws of the federal government.

THE UNITED STATES CONSTITUTION 14th AMENDMENT
Section 1 Rights

All persons born or naturalized in the United

[TITLE/CASE NO.] 1st Amended Complaint / Case No. 25-02842-AMO

PAGE 4 OF 10

States, and subject to the Jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its Jurisdiction the equal protection of the laws.

Attachment:(A). UNITED STATES CONSTITUTION FIFTH AMENDMENT CLAUSE, IN Highlighted AREA

No person shall be deprived of life, liberty, or property, without due process of law.

CLOSING STATEMENT

So in the Plaintiff case: 25-02842: AMO, What stands out that applies to the Plaintiff case is: Nor shall any state deprive any person of Life, Liberty, or property, without due process of the law; nor deny to any person within its Jurisdiction the equal protection of the laws.

[TITLE/CASE NO.] 1st Amended complaint / 25-02842-AMO

## IV. STATEMENT OF FACTS

(1). Plaintiff: Michael Luckert, Mother: Darlene Luckert has died some time in "2023"

(2). I, Michael Luckert, get a inheritance from will in (safety deposit boxes) at Wells Fargo Bank. Because that is what my Mother, Darlene Luckert, told me before she died.

(3). I, Michael Luckert, have done a meet and confer with (Wells Fargo Bank) and they said I, Michael Luckert, need a (Death certificate OR cremation certificate) to get my inheritance, Estate Planning, Finances. etc

(4). Plaintiff: Blood Mother, Darlene Luckert, owned Real Estate Property at: 36799 Burdick St, Newark, CA 94560.

(5). Plaintiff Blood Mother, Darlene Luckert, owned Real Estate Property at: 1004 16th St, Auburn, NE 68305.

(6). The Plaintiff, after Discovery may add to these Statement of Facts.

1st Amended Complaint          Case No. 25-02842-AMO

(1). Defendant : Wells Fargo Bank. I, Michael Luckert, can not get My mother, Darlene Luckert, Death certificate unless I do a Motion to Compel.

(2). Defendant : Northern Trust Corporation I, Michael Luckert, can not get my "Estate Planning" Package unless I, Michael Luckert, First get a death Certificate or cremation Certificate unless I do a motion to compel.

____. Defendant ____

____. Defendant ____

1st Amended Complaint    Case No. 25-02842-AMO

## V.    First Cause of Action

(1.) DEFENDANT: Wells Fargo Bank
ADDRESS: Wells Fargo Bank, 34988 Newark, Blvd Newark, CA 94560.
CAUSE OF ACTION: The cause of action that gave rise to the Plaintiff claim is when the Plaintiff mother, Darlene Doris Lavonne Luckert Died Some time 2023 and the Plaintiff, Michael Luckert, did not get any notification about Darlene Luckert death. In Attachment (B), (estimated value of property) at 36799 Burdick St. Newark, CA 94560) which was sold at: 1,350,000. I, Michael Luckert, Plaintiff, did not get any money from Estate Planning at Wells Fargo Bank. Plus the Plaintiff, Michael Luckert, did not get any notification about the Safety Deposit Boxes at Wells Fargo Bank that Darlene Luckert told her Blood Son the Plaintiff, Michael Luckert, about before Darlene Luckert Died. And I, Michael Luckert the Plaintiff did not get notified about the Gold in the Safety deposit Boxes or Finances that the Plaintiff mother Darlene Luckert has, which should reflect in Darlene Luckert Portfolio

(1.A). With Discovery I, Michael Luckert, should get what my Blood Mother, Darlene Luckert, had before she died For example: money from

[TITLE/CASE NO.] 1st amended complaint / 25-02842-AMo
PAGE 8 OF 10                    JDC TEMPLATE, UPDATED 11/2024

## SECOND CAUSE OF ACTION

(2). Subsidary Company of Wells Fargo Bank DEFENDANT: Northern Trust Corporation ADDRESS: 50 South La Salla Street, chicago, Il. 60603

My Blood Mother Darlene Doris Lavonne Luckert died and this Company is a Subsidary of Wells Fargo Bank. There roll is to do the Laws that govern how people arrange for the distribution of their property after they die. Including Probate Court, Trusts, Joint tenancies, wills and gift, in Which I, Michael Luckert, Plaintiff should get a Inheritance of Real Property, Money, Gold, Stock Market Shares, Finances, Death Insurance, etc. (Attachment

## THIRD CAUSE OF ACTION

Plaintiff, Michael Luckert, mom, (Darlene Luckert), also owns Property in the State of Nebraska.
ADDRESS: 1004 16th St, Auburn, NE 68305

With Discovery I, Michael Luckert, with a (Motion to Compel) the courts be able to get these Certified documents with a Motion to Compel.

[TITLE/CASE NO.] 1st Amended Complaint / case No. 25-02842-AMO

JDC TEMPLATE, UPDATED 11/2024

With the U.S. District Court compelling these Business, Corporation, OR organization.

## VI. REQUEST FOR RELIEF

(1). Continue with case NO. 25-02842-AMO

(2). Bring My Motion to Compel off the shelf of a "MOOT" Judgment and let the Plaintiff. Motion to Compel be Granted with proof of a (Marshall serving the defendant's Certification/Reciept.

Date: 9-23-25

Print Name: Michael Luckert

Signature of Attorney in pro-se:

Michael Luckert

[TITLE/CASE NO.] 1st Amended Complaint / case NO. 25-02842-AMO

PAGE 10 OF 10     JDC TEMPLATE, UPDATED 11/2024

ATTACHMENT · A

UNITED STATES CONSTITUTION,
OF THE 14th AMENDMENTS,
Due process CLAUSE, Page 1



## WIKIPEDIA
The Free Encyclopedia

# Due Process Clause

A **Due Process Clause** is found in both the Fifth and Fourteenth Amendments to the United States Constitution, which prohibit the deprivation of "life, liberty, or property" by the federal and state governments, respectively, without due process of law.[1][2][3]

The U.S. Supreme Court interprets these clauses to guarantee a variety of protections: procedural due process (in civil and criminal proceedings); substantive due process (a guarantee of some fundamental rights); a prohibition against vague laws; incorporation of the Bill of Rights to state governments; and equal protection under the laws of the federal government.

## Text

The clause in the Fifth Amendment to the United States Constitution provides:

> No person shall ... be deprived of life, liberty, or property, without due process of law.[4]

The clause in Section One of the Fourteenth Amendment to the United States Constitution provides:

> ... nor shall any State deprive any person of life, liberty, or property, without due process of law.[5]

## Background

Clause 39 of the original (1215) Magna Carta provided:

> No free man shall be seized or imprisoned, or stripped of his rights or possessions, or outlawed or exiled, or deprived of his standing in any other way, nor will we proceed with force against him, or send others to do so, except by the lawful judgment of his equals or by the law of the land.[6]

Clause 29 of the 1297 Magna Carta, the edition that was in force at the time of independence and still in force today in England and Wales, reads, in its official translation in *The Statutes of the Realm*:

> NO Freeman shall be taken or imprisoned, or be disseised of his Freehold, or Liberties, or

Attatchment: (A); Due Process clause,

ATTACHMENT (B),
ESTIMATED VALVE OF
PROPERTY



Claim this home to receive a free report every month with insights on the changing estimate.

I own 36799 Burdick St

## Newark housing market

Last updated August 2025



Buyer's Market

Seller's Market

Seller's market

| | Median list price | Median sale price |
|---|---|---|
| | **$1.2M** | **$1.4M**  $37K MoM |
| | Days on market | Recently sold homes |
| | **27d**  3 days MoM | **64**  4 MoM |

### New listings for sale


OPEN FRI, 6PM TO 7:30PM


NEW 14 HRS AGO


3D & VIDEO TOUR

| $1,190,000 | $925,000 | $799,000 |
|---|---|---|
| 4 beds  3.5 baths  2,114 sq ft | 2 beds  2.5 baths  1,306 sq ft | 2 beds  2.5 baths  1,443 sq ft |
| 39857 Pelton Ter, Newark, CA... | 37561 Breakers Rd, Newark, CA... | 37413 Bowline Rd, Newark, CA... |

## Estimated earnings

 **Home sale earnings**
Est. $408K when you sell with Redfin

 **Rental estimate**
Est. $5,056 per month, based on comparable rentals

## Sale history for 36799 Burdick St

**Today**

| Aug 28, 2023 | Sold (MLS) (Sold) | $1,350,000 |
|---|---|---|
| Date | bridgeMLS, Bay East AOR, or Contra Costa AOR #41032745 | Price |
| Aug 3, 2023 | Pending | — |
| Date | bridgeMLS, Bay East AOR, or Contra Costa AOR #41032745 | Price |
| Jul 19, 2023 | Contingent | — |
| Date | bridgeMLS, Bay East AOR, or Contra Costa AOR #41032745 | Price |
| Jul 11, 2023 | Listed (New) | $1,300,000 |