UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LANDON LUCKERT,

Plaintiff,

v.

WELLS FARGO BANK, et al.,

Defendants.

Case No. 25-cv-02842-AMO

**ORDER RE MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT & MOTION TO CONTINUE HEARING**

Re: Dkt. Nos. 45, 47

Before the Court is Plaintiff Michael Landon Luckert's motion for an extension of time to file an opposition to Defendants' motions to dismiss the first amended complaint. On May 11, 2026, the Court order issued an Order to Show Cause noting that Luckert had not filed an opposition and ordering that Luckert file by June 1, 2026 an opposition to Defendant's motions to dismiss, as well as show cause why the motions to dismiss should not be granted as unopposed. While Luckert's motion for an extension of time seeks to move the June 1, 2026 deadline, the Court notes that Luckert did not respond to the Order to Show Cause. Luckert is reminded that it is his responsibility to keep track of deadlines in this case and to comply with Court requirements. Failure to do so may result in dismissal of this action or other appropriate sanctions.

Luckert's motion for an extension of time is **GRANTED,** and, in its discretion, the Court **DISCHARGES** the Order to Show Cause. Luckert's opposition to Defendants' motions is due June 29, 2026. No further extensions will be granted. If Luckert does not file his opposition to Defendants' motions by June 29, 2026, this case will be dismissed without further notice.

Luckert's motion to continue the hearing on the motion to dismiss is **GRANTED** as to the hearing currently set for June 11, 2026. The hearing previously set for May 21, 2026 was **VACATED** when the Court issued an Order to Show Cause on May 11, 2026. Dkt. No. 42. The

Court will set a hearing, if necessary, once the motions are fully briefed.

Finally, the Court again reminds Luckert that he may wish to avail himself of the resources available to self-represented litigants, which he can access by visiting the Court's website at http://cand.uscourts.gov/pro-se-litigants/.  Luckert may schedule an appointment with an attorney, free of cost, by calling the Court's Legal Help Center at 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: May 28, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2